396 A.2d 63

R. G. Rutherford Contractors, Inc. v. Kircher et al., Appellants et al.

Submitted September 29, 1977.  Edward D. Foy, Jr., for appellants; Richard D. Link, for appellee, R. G. Rutherford Contractors, Inc.; John A. Van Luvanee, for appellee, General Investment and Development Co., Inc.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.